**In re RACING SERVICES, INC., Debtor.**

**Kip M. Kaler, as Bankruptcy Trustee for Racing Services, Inc., Plaintiff–Appellee**

v.

**Susan Bala, Defendant–Appellant.**

**BAP No. 12–6025.**

United States Bankruptcy Appellate Panel of the Eighth Circuit.

Signed March 24, 2014.

Kip M. Kaler, Fargo, ND, pro se.

Daniel J. Frisk, Grande & Frisk, Fargo, ND, for Defendant–Appellant.

## JUDGMENT

Pursuant to the judgment of the United States Court of Appeals, the mandate in this case is hereby recalled and the Panel's opinion and judgment of November 29, 2012 are vacated. It is further ordered and adjudged that the judgment of the Bankruptcy Court is reversed and this case is remanded to the Bankruptcy Court for proceedings consistent with the opinion of the U.S. Court of Appeals. Mandate shall issue forthwith.